# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT
_____

# NO. 22-20100
_____

# UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

# TRAVIS DEMOIS WILSON
Defendants-Appellants.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS, NO. 4:18-CR-714-04
_____

_____

# RECORD EXCERPTS
_____

SAMUEL H. WINSTON, La. Bar No. 34821
JEIGH L. BRITTON, La. Bar No. 39820
Winston Bergeron, LLP
8120 Oak Street
New Orleans, Louisiana 70118
Telephone: 504-577-2500
Facsimile: 504-577-2562
E-Mail: sam@winstonbergeron.com
jeigh@winstonbergeron.com

**ATTORNEYS OF RECORD FOR APPELLANT**

# **TABLE OF CONTENTS**

1. Original Court Docket Sheet (ROA.1-22.)

2. Notice of Appeal (ROA.454.)

3. Amended Notice of Appeal (ROA.457.)

4. Indictment (ROA.23-27.)

5. Superseding Indictment (ROA.287-289.)

6. Verdict (ROA. 423.)

7. Judgment (ROA.462-468.)

8. Order Denying Motion to Suppress (ROA.188-194.)

# 1. Original Court Docket Sheet

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:18-cr-00714-4
# Internal Use Only

Case title: USA v. Valencia et al

Date Filed: 12/13/2018

Date Terminated: 03/04/2022

Assigned to: Judge Keith P Ellison

### Defendant (4)

**Travis Demois Wilson**
*Custody*
*TERMINATED: 03/04/2022*

represented by **Andrew J Williams**
Attorney at Law
1521 Green Oak Place
Suite 140
Kingwood, TX 77339
United Sta
281-358-9111
Fax: 866-275-8926
Email: andrewjwlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Paul Cunningham**
Attorney at Law
2814 Hamilton Street
Houston, TX 77004
713-225-0325
Fax: 713-395-1311
Email: Cunningham709@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Tyrone C Moncriffe**
Attorney at Law
1001 Texas
Ste 720
Houston, TX 77002
713-224-6628
Fax: 713-224-6475
Email: tyronemoncriffe@yahoo.com
*TERMINATED: 12/22/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

**Michael M Essmyer , Sr**
Essmyer Law Firm
6602 Westview Dr.
Houston, TX 77055
713-869-1155
Fax: 713-869-8957
Email: messmyer@essmyerlaw.com
*TERMINATED: 01/17/2020*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE SCHEDULED II CONTROLLED SUBSTANCE<br>(1) | |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>(1s) | Defendant is committed to BOP for a term of 262 months as to Counts 1S and 2S, and 120 months as to Count 4S, all terms to be served concurrently, for a total of 262 months. This term is to be followed by a consecutive term of 60 months as to Count 3S, for a total sentence of 322 months. $400 SA. No fine. |
| POSSESSION WITH INTENT TO DISTRIBUTE SCHEDULED II CONTROLLED SUBSTANCE<br>(2) | |
| POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>(2s) | Defendant is committed to BOP for a term of 262 months as to Counts 1S and 2S, and 120 months as to Count 4S, all terms to be served concurrently, for a total of 262 months. This term is to be followed by a consecutive term of 60 months as to Count 3S, for a total sentence of 322 months. $400 SA. No fine. |
| CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING OFFENSE AND POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE<br>(3s) | Defendant is committed to BOP for a term of 262 months as to Counts 1S and 2S, and 120 months as to Count 4S, all terms to be served concurrently, for a total of 262 months. This term is to be followed by a consecutive term of 60 months as to Count 3S, for a total sentence of 322 months. $400 SA. No fine. |
| FELON IN POSSESSION OF A FIREARM<br>(4s) | Defendant is committed to BOP for a term of 262 months as to Counts 1S and 2S, and 120 months as to Count 4S, all terms to be served concurrently, for a total of 262 months. This term is to be followed by a consecutive term of 60 months as to Count 3S, for a total sentence of 322 months. $400 SA. No fine. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**USA**                                  represented by   **Celia Moyer**
                                                         US Attorneys Office
                                                         1000 Louisiana Ave
                                                         Houston, TX 77002
                                                         713-567-9588
                                                         Email: celia.moyer@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Nancy G Herrera**
                                                         Office of U S Attorney
                                                         1000 Louisiana
                                                         Ste 2300
                                                         Houston, TX 77002
                                                         713-567-9301
                                                         Fax: 713-718-3307
                                                         Email: nancy.herrera@usdoj.gov
                                                         *TERMINATED: 09/09/2021*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **Appellate Division**
                                                         U.S. Attorney's Office
                                                         Southern District of Texas
                                                         1000 Louisiana
                                                         Ste 2300
                                                         Houston, TX 77002
                                                         Email: usatxs.appellate@usdoj.gov
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **Financial Litigation**

U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard Wesley Bennett**
U.S. Attorney's Office
SD Texas - Houston Division
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9540
Fax: 713-718-301
Email: Richard.Bennett@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2018 | | Judge Keith P Ellison assigned to case. (ckrus, 4) (Entered: 12/14/2018) |
| 12/13/2018 | 1 (p.23) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Jose M Valencia (1) count(s) 1, 2-3, Fidel Hernandez-Cruz (2) count(s) 1, 2-3, David Sylvan Singleton (3) count(s) 1, 2, Travis Demois Wilson (4) count(s) 1, 2, Crystal Michele Jones (5) count(s) 1, 2, filed. (Attachments: # 1 (p.23) Unredacted attachment) (ckrus, 4) (Entered: 12/14/2018) |
| 12/13/2018 | 2 (p.28) | US Attys Criminal Docket Sheet as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed.(ckrus, 4) (Entered: 12/14/2018) |
| 12/13/2018 | 3 (p.30) | MOTION to Seal Indictmentby USA as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (ckrus, 4) (Entered: 12/14/2018) |
| 12/13/2018 | 4 (p.32) | ORDER granting 3 (p.30) Motion to Seal as to Jose M Valencia (1), Fidel Hernandez-Cruz (2), David Sylvan Singleton (3), Travis Demois Wilson (4), Crystal Michele Jones (5).(Signed by Magistrate Judge Christina A Bryan.) Parties notified.(ckrus, 4) (Entered: 12/14/2018) |
| 12/13/2018 | 8 (p.33) | ORDER FOR ISSUANCE OF Bench WARRANT as to Travis Demois Wilson ( Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Christina A Bryan) Parties notified. (ckrus, 4) (Entered: 12/14/2018) |
| 12/14/2018 | | (Court only) Arrest Warrant Issued in case as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones ( Issued by Magistrate Judge Christina A Bryan), filed. (ckrus, 4) (Entered: 12/14/2018) |
| 03/21/2019 | | Case unsealed as to Travis Demois Wilson, Crystal Michele Jones (bwhite, 4) (Entered: 03/21/2019) |
| 03/21/2019 | 19 (p.34) | NOTICE OF SETTING as to Travis Demois Wilson, Crystal Michele Jones. Counsel Determination Hearing set for 3/29/2019 at 02:00 PM before Magistrate Judge Frances H Stacy, filed. (bwhite, 4) (Entered: 03/21/2019) |
| 04/01/2019 | 34 (p.35) | MOTION to Continue Motion Filing Deadline by David Sylvan Singleton as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (Goldsmith, R) (Entered: 04/01/2019) |
| 04/01/2019 | 35 (p.977) | Sealed Event, filed. (With attachments) (Entered: 04/01/2019) |
| 04/01/2019 | 36 (p.39) | Unopposed MOTION for Protective Order *To Disclose Discoverable Material* by USA as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (Attachments: # 1 (p.23) Proposed Order)(Herrera, Nancy) (Entered: 04/01/2019) |
| 04/02/2019 | 38 (p.986) | Sealed Order, filed. (Entered: 04/03/2019) |
| 04/02/2019 | 39 (p.988) | Sealed Order, filed. (Entered: 04/03/2019) |
| 04/03/2019 | | (Court only) Document(s) Sent to AUSA Nancy Herrera re: 38 (p.986) Sealed Order, filed. (jguajardo, 4) (Entered: 04/03/2019) |
| 04/03/2019 | | (Court only) Document(s) Sent to AUSA Nancy Herrera re: 39 (p.988) Sealed Order, filed. (jguajardo, 4) (Entered: 04/03/2019) |
| 04/04/2019 | 43 (p.45) | Rule 5(c)(3) Documents Received from Middle District of Louisiana as to Travis Demois Wilson, filed.(mmapps, 4) (Entered: 04/04/2019) |
| 04/04/2019 | | Arrest of Travis Demois Wilson in Middle District of Louisiana., filed. (mmapps, 4) (Entered: 04/04/2019) |
| 04/04/2019 | 44 (p.85) | NOTICE OF SETTING as to Travis Demois Wilson - regarding 43 (p.45) Rule 5(c)(3) Documents Received. Counsel Determination Hearing set for 4/11/2019 at 10:00 AM in Courtroom 703 before Magistrate Judge Peter Bray, filed. (mmapps, 4) (Entered: 04/04/2019) |

| | | |
|---|---|---|
| 04/08/2019 | 45 (p.86) | Unopposed MOTION to Continue Trial Date by David Sylvan Singleton as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (Goldsmith, R) (Entered: 04/08/2019) |
| 04/10/2019 | | ***Set/Reset Hearings as to Travis Demois Wilson: Counsel Determination Hearing set for 4/11/2019 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray (jmarchand, 4) (Entered: 04/10/2019) |
| 04/10/2019 | 46 (p.92) | Excludable Delay Order granting 45 (p.86) Motion to Continue as to (2), David Sylvan Singleton . Dispositive Motion Filing due by 9/4/2019. Non-Dispositive Motion Filing due by 9/4/2019. Responses due by 9/18/2019. Jury Trial set for 9/30/2019 at 09:00 AM in Courtroom 3A before Judge Keith P Ellison Pretrial Conference set for 9/25/2019 at 10:30 AM in Courtroom 3A before Judge Keith P Ellison.(Signed by Judge Keith P Ellison.) Parties notified.(rguerrero, 4) Modified on 4/11/2019 (arrivera, 4). (Entered: 04/11/2019) |
| 04/10/2019 | | Attorney update in case as to Travis Demois Wilson. Attorney Michael M Essmyer, Sr for Travis Demois Wilson added. (jmarchand, 4) (Entered: 04/11/2019) |
| 04/11/2019 | 47 (p.94) | ORDER APPOINTING COUNSEL for Defendant Travis Demois Wilson. Michael Essmyer, Sr. appointed. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) (Entered: 04/11/2019) |
| 04/11/2019 | 48 (p.95) | ORDER TO CONTINUE - Interest of Justice as to Jose M Valencia, Fidel Hernandez-Cruz, Travis Demois Wilson, Crystal Michele Jones Dispositive Motion Filing due by 9/4/2019. Responses due by 9/18/2019. Jury Trial set for 9/30/2019 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Pretrial Conference set for 9/25/2019 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 04/11/2019) |
| 04/11/2019 | 49 (p.97) | Minute Entry for proceedings held before Magistrate Judge Peter Bray: ARRAIGNMENT as to Travis Demois Wilson (4) Count 1,2 held on 4/11/2019. Not Guilty on all counts. Appearances: Nancy G Herrera, Michael M Essmyer, Sr.(ERO:yes) Deft remanded to custody, filed.(ShoshanaArnow, 4) (Entered: 04/12/2019) |
| 04/11/2019 | 50 (p.98) | SCHEDULING ORDER as to Travis Demois Wilson. Motion Filing due by 4/22/2019. Responses due by 4/29/2019. Pretrial Conference set for 5/10/2019 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison. Jury questions and Jury Charges due by 5/10/2019. Jury Trial set for 5/20/2019 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Magistrate Judge Peter |

| | | |
|---|---|---|
| | | Bray) Parties notified. (ShoshanaArnow, 4) (Entered: 04/12/2019) |
| 04/18/2019 | 51 (p.99) | ORDER as to Travis Demois Wilson vacating 50 (p.98) Scheduling Order. ( Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 04/18/2019) |
| 04/18/2019 | | Set/Reset Deadlines/Hearings per 48 (p.95) Order as to Travis Demois Wilson: Motion Filing due by 9/4/2019. Responses due by 9/18/2019. Jury Trial set for 9/30/2019 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Pretrial Conference set for 9/25/2019 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison (arrivera, 4) (Entered: 04/18/2019) |
| 05/16/2019 | 53 (p.991) | Sealed Event, filed. (With attachments) (Entered: 05/16/2019) |
| 05/16/2019 | 55 (p.1000) | Sealed Order, filed. (Entered: 05/20/2019) |
| 05/20/2019 | | (Court only) Document(s) Sent by regular mail to Defendant Wilson's attorney Michael M Essmyer, Sr re: 55 (p.1000) Sealed Order re Ex Parte motion, filed. (rguerrero, 4) (Entered: 05/20/2019) |
| 07/17/2019 | | (Court only) CJA 24 as to Travis Demois Wilson: Authorization to Pay Janice Russell Voucher # 0541.0873885 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 07/22/2019) |
| 07/18/2019 | 60 (p.100) | Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Essmyer, Michael) (Entered: 07/18/2019) |
| 07/21/2019 | 61 (p.106) | NOTICE OF SETTING as to Travis Demois Wilson - regarding 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing . Non-evidentiary Status Conference set for 7/25/2019 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 07/21/2019) |
| 07/24/2019 | 62 (p.107) | RESPONSE in Opposition by USA as to Travis Demois Wilson re 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing , filed. (Attachments: # 1 (p.23) Proposed Order)(Herrera, Nancy) (Entered: 07/24/2019) |
| 07/25/2019 | 63 (p.1001) | Pretrial Services Report (Sealed) as to Travis Demois Wilson, filed. (jking, 4) (Entered: 07/25/2019) |
| 07/25/2019 | | Minute Entry for proceedings held before Judge Keith P Ellison: Status Conference as to Travis Demois Wilson held |

| | | |
|---|---|---|
| | | on 7/25/2019 Appearances: Nancy G Herrera, Michael M Essmyer, Sr.(Court Reporter: K. Miller), filed.(arrivera, 4) (Entered: 08/05/2019) |
| 08/02/2019 | 64 (p.111) | Supplement by Travis Demois Wilson re 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing , filed.(Essmyer, Michael) (Entered: 08/02/2019) |
| 08/09/2019 | 65 (p.134) | RESPONSE in Opposition by USA as to Travis Demois Wilson re 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing *and 64 (p.111) Supplemental Motion*, filed. (Attachments: # 1 (p.23) Exhibit Incident Report 4/4/2017, # 2 (p.28) Exhibit Dash Cam Video 4/4/2017)(Herrera, Nancy) (Entered: 08/09/2019) |
| 08/09/2019 | 66 (p.156) | Corrected RESPONSE in Opposition by USA as to Travis Demois Wilson re 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing *and re 64 (p.111) Supplemental Motion*, filed. (Attachments: # 1 (p.23) Exhibit Incident Report 4/4/2017, # 2 (p.28) Exhibit Dash Cam Video 4/4/2017)(Herrera, Nancy) (Entered: 08/09/2019) |
| 08/20/2019 | 68 (p.188) | MEMORANDUM AND ORDER as to Travis Demois Wilson denying 60 (p.100) Opposed MOTION to Suppress Evidence, Statements and Memorandum in Support Thereof and Request for Evidentiary Hearing ( Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 08/21/2019) |
| 09/03/2019 | 71 (p.195) | Excludable Delay Order as to Jose M Valencia, Fidel Hernandez-Cruz, Travis Demois Wilson Motion Filing due by 12/11/2019. Responses due by 12/18/2019. Jury Selection set for 1/13/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Jury Trial set for 1/13/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Pretrial Conference set for 1/8/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Judge Keith P Ellison) Parties notified. (jguajardo, 4) (Entered: 09/04/2019) |
| 09/04/2019 | 72 (p.197) | AMENDED Excludable Delay Order as to Jose M Valencia, Fidel Hernandez-Cruz, Travis Demois Wilson Motion Filing due by 12/11/2019. Responses due by 12/18/2019. Jury Selection set for 1/13/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Jury Trial set for 1/13/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Pretrial Conference set for 1/8/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Judge Keith P Ellison) Parties notified. (jguajardo, 4) (Entered: 09/05/2019) |
| 09/16/2019 | | |

| | | |
|---|---|---|
| | | (Court only) CJA 24 as to Travis Demois Wilson: Authorization to Pay Janice Russell Transcripts Voucher # 0541.0878543 ( Signed by Judge Keith P Ellison) Parties notified. (dhansen, 4) (Entered: 09/16/2019) |
| 12/13/2019 | 90 (p.1008) | Sealed Event, filed. (With attachments) (Entered: 12/13/2019) |
| 12/13/2019 | 94 (p.1015) | Sealed Order, filed. (Entered: 12/16/2019) |
| 12/16/2019 | 95 (p.199) | Unopposed MOTION Allow Additional Motions by Travis Demois Wilson, filed. (Essmyer, Michael) (Entered: 12/16/2019) |
| 12/16/2019 | 96 (p.202) | DISCOVERY NOTICE by Travis Demois Wilson *Status of Discovery*, filed. (Essmyer, Michael) (Entered: 12/16/2019) |
| 12/16/2019 | | US ATTORNEY'S NOTICE OF APPEARANCE. Celia Moyer appearing for USA, filed.(Moyer, Celia) (Entered: 12/16/2019) |
| 12/17/2019 | 97 (p.205) | ORDER as to Travis Demois Wilson granting 95 (p.199) Unopposed MOTION Allow Additional Motions ( Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 12/17/2019) |
| 12/31/2019 | 98 (p.1016) | Sealed Order, filed. (Entered: 12/31/2019) |
| 01/02/2020 | 99 (p.206) | Joint MOTION to Continue pretrial conference by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 01/02/2020) |
| 01/03/2020 | 100 (p.209) | Excludable Delay Order as to Travis Demois Wilson. Motion Filing due by 2/19/2020., Responses due by 2/26/2020., Pretrial Conference set for 3/11/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison. Jury Trial set for 3/16/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, ( Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 01/06/2020) |
| 01/06/2020 | | **Jury Trial set for 3/16/2020 at 09:00 AM as to Travis Demois Wilson: (arrivera, 4) (Entered: 01/06/2020) |
| 01/15/2020 | 101 (p.1017) | Sealed Event, filed. (With attachments) (Entered: 01/15/2020) |
| 01/17/2020 | 102 (p.1023) | Sealed Order, filed. (Entered: 01/17/2020) |
| 01/17/2020 | | Attorney update in case as to Travis Demois Wilson. Attorney Michael M Essmyer, Sr terminated. (jguajardo, 4) (Entered: 01/17/2020) |
| 01/22/2020 | 104 (p.211) | LETTER MOTION Requesting New Counsel by Travis Demois Wilson, filed. (EdnitaPonce, 1) (Entered: 01/29/2020) |

| | | |
|---|---|---|
| 01/31/2020 | 105 (p.214) | ORDER APPOINTING COUNSEL for Defendant Travis Demois Wilson. Tyrone Moncriffe appointed. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchak, 4) (Entered: 01/31/2020) |
| 02/07/2020 | | (Court only) ***Motions terminated as to Travis Demois Wilson re: 104 (p.211) LETTER MOTION Requesting New Counsel filed by Travis Demois Wilson. New Counsel has been appointed. (arrivera, 4) (Entered: 02/07/2020) |
| 02/17/2020 | 106 (p.215) | Unopposed MOTION to Continue Trial by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Moncriffe, Tyrone) (Entered: 02/17/2020) |
| 02/19/2020 | 107 (p.218) | Excludable Delay Order as to Travis Demois Wilson 106 (p.215) Unopposed MOTION to Continue Trial Time excluded from 3/16/20( Dispositive Motion Filing due by 4/15/2020., Non-Dispositive Motion Filing due by 4/15/2020., Responses due by 4/22/2020., Final Pretrial Conference set for 5/6/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison, Jury Trial set for 5/11/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison ) ( Signed by Judge Keith P Ellison) Parties notified. (LoriPurifoy, 4) (Entered: 02/20/2020) |
| 02/24/2020 | | (Court only) CJA 20 as to Travis Demois Wilson: Authorization to Pay M. Essmyer Voucher # 0541.0994902 ( Signed by Judge Keith P Ellison) Parties notified. (dhansen, 4) (Entered: 02/24/2020) |
| 03/10/2020 | | **Final Pretrial Conference set for 5/6/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison, Jury Trial set for 5/11/2020 at 09:00 AMas to Travis Demois Wilson: (arrivera, 4) (Entered: 03/10/2020) |
| 04/21/2020 | 108 (p.220) | MOTION for Extension of Time to File PSI report by USA as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (Moyer, Celia) (Entered: 04/21/2020) |
| 04/27/2020 | 110 (p.222) | Agreed MOTION to Continue UNOPPOSED by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Moncriffe, Tyrone) (Entered: 04/27/2020) |
| 05/01/2020 | 111 (p.225) | ORDER granting 110 (p.222) Motion to Continue as to Travis Demois Wilson (4) Dispositive Motion Filing due by 7/1/2020. Responses due by 7/10/2020. Jury Trial set for 7/27/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison Pretrial Conference set for 7/22/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison.(Signed by Judge Keith P Ellison.) Parties notified.(rguerrero, 4) (Entered: 05/01/2020) |
| 05/01/2020 | | (Court only) ***(PRIVATE ENTRY) Trial date continued as to Travis Demois Wilson. (arrivera, 4) (Entered: 05/01/2020) |

| 05/15/2020 | 112 (p.227) | MOTION for Bond by Travis Demois Wilson, filed. (rguerrero, 4) (Entered: 05/15/2020) |
|---|---|---|
| 05/15/2020 | 113 (p.229) | MOTION for Emergency Evidentiary and Bond Hearing by Travis Demois Wilson, filed. (ShoshanaArnow, 4) (Entered: 05/15/2020) |
| 05/22/2020 | 114 (p.232) | First MOTION for Release from Custody *EMERGENCY MOTION FOR PRETRIAL RELEASE DUE TO PUBLIC HEALTH AND SAFETY THREAT POSED BY COVID-19 PANDEMIC* by Travis Demois Wilson, filed. (Moncriffe, Tyrone) (Entered: 05/22/2020) |
| 05/22/2020 | 115 (p.240) | NOTICE OF SETTING as to Travis Demois Wilson - regarding 114 (p.232) First MOTION for Release from Custody *EMERGENCY MOTION FOR PRETRIAL RELEASE DUE TO PUBLIC HEALTH AND SAFETY THREAT POSED BY COVID-19 PANDEMIC*. Motion Hearing set for 5/26/2020 at 10:30 AM in by telephone before Judge Keith P Ellison, filed.(arrivera, 4) (Entered: 05/22/2020) |
| 05/25/2020 | 116 (p.241) | RESPONSE in Opposition by USA as to Travis Demois Wilson re 114 (p.232) First MOTION for Release from Custody *EMERGENCY MOTION FOR PRETRIAL RELEASE DUE TO PUBLIC HEALTH AND SAFETY THREAT POSED BY COVID-19 PANDEMIC* , filed.(Moyer, Celia) (Entered: 05/25/2020) |
| 05/26/2020 | | Minute Entry for proceedings held before Judge Keith P Ellison: MOTION HEARING as to Travis Demois Wilson held on 5/26/2020. Counsel present via telephone. Arguments heard on pending motion. Matter is taken under advisement. Appearances: Celia Moyer, Tyrone C Moncriffe.(Court Reporter: M. Malone), filed.(arrivera, 4) (Entered: 05/28/2020) |
| 06/01/2020 | 137 (p.280) | ORDER denying without prejudice 114 (p.232) Motion for Release from Custody as to Travis Demois Wilson (4).(Signed by Judge Keith P Ellison.) Parties notified.(arrivera, 4) (Main Document 137 replaced on 5/4/2021) (arrivera, 4). (Entered: 05/04/2021) |
| 07/06/2020 | 119 (p.252) | Agreed MOTION to Continue by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Moncriffe, Tyrone) (Entered: 07/06/2020) |
| 07/07/2020 | 120 (p.255) | Excludable Delay Order as to Travis Demois Wilson; Granting 119 (p.252) Agreed MOTION to Continue ; Motions due by 11/3/2020. Responses due by 11/10/2020....*** Pretrial Conference set for 11/24/2020 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison....*** Jury Trial set for 11/30/2020 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison. ( Signed by Judge Keith P Ellison) Parties notified. (sanderson, |

| | | 4) (Entered: 07/08/2020) |
|---|---|---|
| 07/22/2020 | 122 (p.257) | ORDER RESETTING SENTENCING PSI Completion due by 1/14/2021 Sentencing set for 2/25/2021 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 07/22/2020) |
| 10/20/2020 | 123 (p.258) | Agreed MOTION to Continue by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) ORDER FOR UNOPPOSED MOTION FOR CONTINUANCE)(Moncriffe, Tyrone) (Entered: 10/20/2020) |
| 10/21/2020 | 124 (p.263) | Excludable Delay Order as to Travis Demois Wilson; Granting 123 (p.258) Agreed MOTION to Continue ( Motion Filing due by 3/10/2021., Responses due by 3/17/2021., Jury Selection set for 4/5/2021 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, Jury Trial set for 3/31/2021 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, Pretrial Conference set for 3/31/2021 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison) ( Signed by Judge Keith P Ellison) Parties notified. (jguajardo, 4) (Entered: 10/22/2020) |
| 12/03/2020 | 125 (p.265) | Second MOTION to Continue Request for Extension of Time-PSI Report by USA as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones, filed. (Moyer, Celia) (Entered: 12/03/2020) |
| 12/21/2020 | 128 (p.267) | WITHDRAWAL of COUNSEL as to Travis Demois Wilson , filed. (Attachments: # 1 (p.23) Proposed Order)(Moncriffe, Tyrone) (Entered: 12/21/2020) |
| 12/22/2020 | 129 (p.272) | ORDER granting 128 (p.267) Motion to Withdraw as Attorney. Tyrone C Moncriffe withdrawn from case as to Travis Demois Wilson (4).(Signed by Judge Keith P Ellison.) Parties notified.(ShoshanaArnow, 4) (Entered: 12/23/2020) |
| 12/29/2020 | 130 (p.273) | ORDER APPOINTING COUNSEL for Defendant Travis Demois Wilson. ANDREW WILLIAMS appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 12/29/2020) |
| 01/29/2021 | | (Court only) CJA 20 as to Travis Demois Wilson: Authorization to Pay Tyrone Moncirffe Voucher # 0541.1147477 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 01/29/2021) |
| 02/22/2021 | | (Court only) ***(PRIVATE ENTRY) Jury Trial set for 3/31/2021 at 09:00 AM as to Travis Demois Wilson. (arrivera, 4) (Entered: 02/22/2021) |
| 03/10/2021 | 133 (p.274) | Unopposed MOTION to Continue Trial by Travis Demois Wilson, filed. (Williams, Andrew) (Entered: 03/10/2021) |

| Date | Docket | Description |
|---|---|---|
| 03/16/2021 | 134 (p.278) | Excludable Delay Order as to Travis Demois Wilson 133 (p.274) Unopposed MOTION to Continue Trial ( Motion Filing due by 7/1/2021., Responses due by 7/8/2021., Jury Selection set for 7/26/2021 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, Jury Trial set for 7/26/2021 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, Pretrial Conference set for 7/22/2021 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison) ( Signed by Judge Keith P Ellison) Parties notified. (jguajardo, 4) (Entered: 03/17/2021) |
| 05/19/2021 | 138 (p.281) | MOTION for Reconsideration re 137 (p.280) Order on Motion for Release from Custody by Travis Demois Wilson, filed. (sguevara, 4) (Main Document 138 replaced on 5/20/2021) (sguevara, 4). (Entered: 05/20/2021) |
| 05/26/2021 | 139 (p.287) | SUPERSEDING INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Travis Demois Wilson (4) count(s) 1s, 2s, 3s, 4s, filed. (Attachments: # 1 (p.23) Unredacted attachment) (thanniable, 4) (Main Document 139 - redacted indictment - replaced on 7/22/2021 to correct clerical error of wrong image attached to entry.) Modified on 7/22/2021 (DawnaKelly, 4). (Entered: 05/27/2021) |
| 05/26/2021 | 140 (p.290) | US Attys Criminal Docket Sheet as to Travis Demois Wilson, filed.(thanniable, 4) (Entered: 05/27/2021) |
| 05/26/2021 | 141 (p.291) | ORDER for Issuance of Notice of Superseding Indictment as to Travis Demois Wilson ( Signed by Magistrate Judge Sam S Sheldon) Parties notified. (thanniable, 4) (Entered: 05/27/2021) |
| 05/26/2021 | 142 (p.292) | NOTICE OF SETTING as to Travis Demois Wilson. Arraignment set for 6/2/2021 at 02:00 PM in by video before Magistrate Judge Sam S Sheldon, filed. (thanniable, 4) (Entered: 05/27/2021) |
| 06/02/2021 | | Minute Entry for proceedings held before Magistrate Judge Sam S Sheldon: ARRAIGNMENT as to Travis Demois Wilson (4) Count 1,1s,2,2s,3s,4s held on 6/2/2021. Deft consented to appear by video due to the pandemic. Scheduling Order on file. Appearances:AUSA Jimmy Leo, Andrew J Williams.(Digital # 2:05-2:07PM)(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed.(sjones, 4) (Entered: 06/02/2021) |
| 06/16/2021 | 143 (p.293) | ORDER as to Travis Demois Wilson denying 138 (p.281) MOTION for Reconsideration ( Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 06/17/2021) |
| 06/30/2021 | 144 (p.294) | NOTICE of expert by USA as to Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Exhibit, # 2 (p.28) Exhibit, # 3 (p.30) Exhibit, # 4 (p.32) Exhibit)(Moyer, Celia) (Entered: 06/30/2021) |

| Date | Doc # | Description |
|---|---|---|
| 07/12/2021 | 145 (p.304) | NOTICE OF RESETTING as to Travis Demois Wilson. Jury Selection to be held at 09:00 AM in 1st floor jury assembly room and will proceed with Jury Trial set for 7/27/2021 in Courtroom 3A Houston before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 07/12/2021) |
| 07/13/2021 | 146 (p.305) | NOTICE of intent to use expert by USA as to Travis Demois Wilson, filed.(Moyer, Celia) (Entered: 07/13/2021) |
| 07/14/2021 | 147 (p.308) | EXHIBIT LIST by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 07/14/2021) |
| 07/15/2021 | 148 (p.310) | NOTICE OF SETTING as to Travis Demois Wilson. Status Conference set for 7/19/2021 at 11:00 AM in by telephone before Judge Keith P Ellison, filed.(arrivera, 4) (Entered: 07/15/2021) |
| 07/16/2021 | 149 (p.311) | AO 435 TRANSCRIPT ORDER FORM by Celia Moyer as to Jose M Valencia, Fidel Hernandez-Cruz, David Sylvan Singleton, Travis Demois Wilson, Crystal Michele Jones for Transcript of Detention Hearing on 3/21/19 before Judge Stacy. 3-Day turnaround requested. Court Reporter/Transcriber: Digital Scroll Transcription Services, filed. (Moyer, Celia) Electronically forwarded to Digital Scroll Transcription Services 7/20/2021. Estimated Transcript Completion Date: 7/23/2021. Modified on 7/20/2021 (JacquelineMata, 4). Modified on 7/20/2021 (JacquelineMata, 4). (Entered: 07/16/2021) |
| 07/19/2021 | | Minute Entry for proceedings held before Judge Keith P Ellison: Status Conference as to Travis Demois Wilson held on 7/19/2021. Defendant present on the phone conference and ready to proceed with trial. Parites to advise the Court whether Thursday's pretrial conference is needed. Trial to begin Tues, July 27. Appearances: Celia Moyer, Andrew J Williams.(Court Reporter: K. Miller), filed.(arrivera, 4) (Entered: 07/25/2021) |
| 07/20/2021 | 150 (p.312) | NOTICE of intent to use evidence by USA as to Travis Demois Wilson, filed.(Moyer, Celia) (Entered: 07/20/2021) |
| 07/20/2021 | | US ATTORNEY'S NOTICE OF APPEARANCE. Richard Wesley Bennett appearing for USA, filed.(Bennett, Richard) (Entered: 07/20/2021) |
| 07/21/2021 | | **Pretrial conference cancelled as to Travis Demois Wilson: (arrivera, 4) (Entered: 07/21/2021) |
| 07/21/2021 | 151 (p.320) | EXHIBIT LIST by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 07/21/2021) |
| 07/21/2021 | 152 (p.322) | Proposed Voir Dire by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 07/21/2021) |
| 07/23/2021 | 154 (p.334) | Notice of Filing of Official Transcript as to 153 Transcript,. Party notified, filed. (jdav, 4) (Entered: 07/23/2021) |

| | | |
|---|---|---|
| 07/23/2021 | 155 (p.335) | Proposed Jury Instructions by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 07/23/2021) |
| 07/23/2021 | 156 (p.374) | NOTICE of Enhancement (Prior Conviction) by USA as to Travis Demois Wilson, filed.(Moyer, Celia) (Entered: 07/23/2021) |
| 07/25/2021 | 157 (p.376) | Proposed Voir Dire by Travis Demois Wilson, filed. (Williams, Andrew) (Entered: 07/25/2021) |
| 07/26/2021 | 158 (p.1027) | WITNESS LIST by USA as to Travis Demois Wilson, filed. (Moyer, Celia) (Entered: 07/26/2021) |
| 07/27/2021 | | Set/Reset Deadlines/Hearings as to Travis Demois Wilson: Jury Trial set for 7/28/2021 at 08:30 AM in Courtroom 3A Houston before Judge Keith P Ellison Jury Trial set for 7/29/2021 at 08:30 AM in Courtroom 3A Houston before Judge Keith P Ellison (arrivera, 4) (Entered: 07/27/2021) |
| 07/27/2021 | | Minute Entry for proceedings held before Judge Keith P Ellison: First DAY OF JURY TRIAL as to Travis Demois Wilson held on 7/27/2021. Government's exhibits are unopposed and admitted into the record. Voir dire conducted and a panel of fourteen jurors selected, seated and sworn in. Opening statements given. Government's case begins. Agreed stipulation read. Witnesses: Christopher Moore, Michele Jones, Sandor Miranda. Trial to resume 7/28/21 at 8:30 am. Appearances: Celia Moyer, Richard Wesley Bennett, Andrew J Williams.(Court Reporter: S. Gumm), filed.(arrivera, 4) (Entered: 08/04/2021) |
| 07/28/2021 | 159 (p.384) | Certificate of Exhibits to the Jury as to Travis Demois Wilson, filed. (arrivera, 4) (Entered: 07/28/2021) |
| 07/28/2021 | 160 (p.385) | ORDER to provide meal to jury on 7/28/21 as to Travis Demois Wilson ( Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 07/28/2021) |
| 07/28/2021 | 161 (p.386) | Government's TRIAL EXHIBIT LIST, filed. (arrivera, 4) (Entered: 07/28/2021) |
| 07/28/2021 | 162 (p.388) | Jury Note as to Travis Demois Wilson, filed. (arrivera, 4) (Additional attachment(s) added on 7/28/2021: # 1 (p.23) Unredacted attachment) (arrivera, 4). (Entered: 07/28/2021) |
| 07/28/2021 | 163 (p.389) | JURY VERDICT as to Travis Demois Wilson (4) Guilty on Count 1s,2s,3s,4s, filed. (arrivera, 4) (Additional attachment(s) added on 7/28/2021: # 1 (p.23) Unredacted attachment) (arrivera, 4). (Entered: 07/28/2021) |
| 07/28/2021 | 164 (p.424) | RECEIPT FOR WITHDRAWAL OF EXHIBITS by Government, filed. (arrivera, 4) (Entered: 07/28/2021) |
| 07/28/2021 | 165 (p.425) | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Travis Demois Wilson. PSI Completion due by 9/1/2021 Objection to PSI due by |

| | | |
|---|---|---|
| | | 9/15/2021 Final PSI due by 9/29/2021 Sentencing set for 10/13/2021 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison ( Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Main Document 165 replaced on 7/28/2021) (arrivera, 4). (Entered: 07/28/2021) |
| 07/28/2021 | | Minute Entry for proceedings held before Judge Keith P Ellison: Second DAY OF JURY TRIAL as to Travis Demois Wilson held on 7/28/2021. Government's case continues. Witness: Francisco Ng. Government rests. Defendant's motion for judgment of acquittal denied outside the presence of the jury. Jury charge discussed. Deft rests. Court's instructions given to the jury. Closing statements. Jury begins deliberations. Jury notified Court that a verdict has been reached. Verdict of guilty on Counts 1S, 2S, 3S, 4S. Jurors are excused. Sentencing set for October 13, 2021 at 10:30a.m. in Courtroom 3A. Appearances: Celia Moyer, Andrew J Williams.(Court Reporter: S. Gumm), filed.(arrivera, 4) (Entered: 08/04/2021) |
| 08/05/2021 | 166 (p.816) | Trial Exhibits as to Travis Demois Wilson . Attached documents may be viewed in the Office of the Clerk., filed. (Attachments: # 1 (p.23) Exhibit Exhibit 2, # 2 (p.28) Exhibit Exhibit 3, # 3 (p.30) Exhibit Exhibit 4, # 4 (p.32) Exhibit Exhibit 5, # 5 Exhibit Exhibit 6, # 6 Exhibit Exhibit 7, # 7 Exhibit Exhibit 8, # 8 (p.33) Exhibit Exhibit 9, # 9 Exhibit Exhibit 10, # 10 Exhibit Exhibit 12, # 11 Exhibit Exhibit 13, # 12 Exhibit Exhibit 14, # 13 Exhibit Exhibit 15, # 14 Exhibit Exhibit 16, # 15 Exhibit Exhibit 17, # 16 Exhibit Exhibit 18a, # 17 Exhibit Exhibit 19, # 18 Exhibit Exhibit 20, # 19 (p.34) Exhibit Exhibit 20a, # 20 Exhibit Exhibit 21, # 21 Exhibit Exhibit 21a, # 22 Exhibit Exhibit 22, # 23 Exhibit Exhibit 22a, # 24 Exhibit Exhibit 23, # 25 Exhibit Exhibit 24, # 26 Exhibit Exhibit 24a, # 27 Exhibit Exhibit 25a)(Moyer, Celia) (Entered: 08/05/2021) |
| 08/06/2021 | 167 (p.1064) | Sealed Event, filed. (With attachments) (Entered: 08/06/2021) |
| 08/12/2021 | 168 (p.1069) | Sealed Order, filed. (Entered: 08/13/2021) |
| 08/16/2021 | 169 (p.426) | Trial Exhibits as to Travis Demois Wilson, filed. (MelissaMorgan, 4) (Entered: 08/16/2021) |
| 09/16/2021 | 173 (p.1070) | Attorney Only Document (Sealed) as to Travis Demois Wilson. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (Attachments: # 1 (p.23) Sentencing Recommendation) (crichard, 4) (Entered: 09/16/2021) |
| 09/29/2021 | 181 (p.856) | Final Presentence Investigation Report (Sealed) as to Travis Demois Wilson, filed. (TMangoliniThomas, 4) (Entered: 09/29/2021) |

| | | |
|---|---|---|
| 09/29/2021 | 182 (p.890) | Sealed Addendum to 181 (p.856) Final Presentence Investigation Report (Sealed) as to Travis Demois Wilson, filed. (TMangoliniThomas, 4) (Entered: 09/29/2021) |
| 09/29/2021 | 183 (p.1136) | Confidential Sentencing Recommendation(Sealed) regarding Travis Demois Wilson, filed. (TMangoliniThomas, 4) (Entered: 09/29/2021) |
| 09/29/2021 | 184 (p.428) | Unopposed MOTION to Continue Sentencing Hearing by Travis Demois Wilson, filed. (Williams, Andrew) (Entered: 09/29/2021) |
| 09/29/2021 | 185 (p.1108) | Sealed Event, filed. (Entered: 09/29/2021) |
| 10/07/2021 | 197 (p.432) | ORDER granting 184 (p.428) Motion to Continue as to Travis Demois Wilson (4) Sentencing reset for 11/23/2021 at 11:30 AM in Courtroom 3A Houston before Judge Keith P Ellison.(Signed by Judge Keith P Ellison.) Parties notified.(arrivera, 4) (Entered: 10/07/2021) |
| 10/08/2021 | 199 (p.1112) | Sealed Order, filed. (Entered: 10/08/2021) |
| 10/12/2021 | 200 (p.433) | ORDER APPOINTING COUNSEL for Defendant Travis Demois Wilson. David Cunningham appointed. ( Signed by Magistrate Judge Sam S Sheldon) Parties notified. (sjones, 4) (Entered: 10/12/2021) |
| 11/03/2021 | | (Court only) CJA 20 as to Travis Demois Wilson: Authorization to Pay Andrew Williams Voucher # 0541.1279070 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 11/03/2021) |
| 11/05/2021 | | (Court only) CJA 21 as to Travis Demois Wilson: Authorization to Pay Jack Brasher Voucher # 0541.1284841. ( Signed by Judge Keith P Ellison) Parties notified. (dhansen, 4) (Entered: 11/05/2021) |
| 11/12/2021 | 216 (p.434) | Unopposed MOTION to Continue Sentencing of November 23, 2021 by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Cunningham, David) (Entered: 11/12/2021) |
| 11/12/2021 | 217 (p.437) | ORDER as to Travis Demois Wilson granting 216 (p.434) Unopposed MOTION to Continue Sentencing of November 23, 2021 ( Sentencing set for 12/21/2022 at 11:00 AM in Courtroom 3A Houston before Judge Keith P Ellison) ( Signed by Judge Keith P Ellison) Parties notified. (gclair, 4) (Entered: 11/15/2021) |
| 12/14/2021 | 228 (p.438) | Unopposed MOTION to Continue Sentenicing of December 21, 2021 by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Cunningham, David) (Entered: 12/14/2021) |
| 12/16/2021 | 229 (p.441) | ORDER granting 228 (p.438) Motion to Continue as to Travis Demois Wilson (4) Sentencing set for 2/8/2022 at |

| | | |
|---|---|---|
| | | 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison.(Signed by Judge Keith P Ellison.) Parties notified.(arrivera, 4) (Entered: 12/17/2021) |
| 01/11/2022 | 232 (p.891) | Objection to Presentence Investigation Report (Sealed) by Travis Demois Wilson, filed. (Entered: 01/11/2022) |
| 02/01/2022 | 239 (p.1113) | Sentencing Memorandum (Sealed) by Travis Demois Wilson, filed. (With attachments) (Entered: 02/01/2022) |
| 02/01/2022 | 240 (p.894) | Revised Presentence Investigation Report (Sealed) as to Travis Demois Wilson, filed. (ChristopherSimmons, 4) (Entered: 02/01/2022) |
| 02/01/2022 | 241 (p.928) | Second Sealed Addendum to 240 (p.894) Final Presentence Investigation Report (Sealed) as to Travis Demois Wilson, filed. (ChristopherSimmons, 4) (Entered: 02/01/2022) |
| 02/01/2022 | 242 (p.1140) | Revised Confidential Sentencing Recommendation(Sealed) regarding Travis Demois Wilson, filed. (ChristopherSimmons, 4) (Entered: 02/01/2022) |
| 02/02/2022 | 243 (p.442) | MOTION for Forfeiture of Property by USA as to Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Moyer, Celia) (Entered: 02/02/2022) |
| 02/02/2022 | 244 (p.931) | Statement of No Objections to PSR (Sealed) by USA as to Travis Demois Wilson, filed. (Entered: 02/02/2022) |
| 02/03/2022 | 245 (p.447) | ORDER granting 243 (p.442) Motion for Forfeiture of Property as to Travis Demois Wilson (4).(Signed by Judge Keith P Ellison.) Parties notified.(arrivera, 4) (Entered: 02/03/2022) |
| 02/07/2022 | 246 (p.449) | Unopposed MOTION to Continue Sentencing of February 8, 2022 by Travis Demois Wilson, filed. (Attachments: # 1 (p.23) Proposed Order)(Cunningham, David) (Entered: 02/07/2022) |
| 02/07/2022 | 247 (p.453) | ORDER granting 246 (p.449) Motion to Continue as to Travis Demois Wilson (4) Sentencing reset for 2/16/2022 at 10:30 AM in by video before Judge Keith P Ellison.(Signed by Judge Keith P Ellison.) Parties notified.(arrivera, 4) (Entered: 02/07/2022) |
| 02/08/2022 | 248 (p.1134) | Sentencing Memorandum (Sealed) by Travis Demois Wilson, filed. (Entered: 02/08/2022) |
| 02/16/2022 | | Minute Entry for proceedings held before Judge Keith P Ellison: Sentencing held on 2/16/2022 for Travis Demois Wilson (4), Count(s) 1s, 2s, 3s, 4s, Defendant consents to proceed via video conference. Defendant is committed to BOP for a term of 262 months as to Counts 1S and 2S, and 120 months as to Count 4S, all terms to be served concurrently, for a total of 262 months. This term is to be followed by a consecutive term of 60 months as to Count 3S, |

| | | |
|---|---|---|
| | | for a total sentence of 322 months. $400 SA. No fine. Defendant has the Right to Appeal. Appearances: Celia Moyer, Richard Wesley Bennett, David Paul Cunningham.(Court Reporter: L. Smith) Deft remanded to custody, filed.(arrivera, 4) (Entered: 02/18/2022) |
| 02/17/2022 | 249 (p.454) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Travis Demois Wilson,filed.(Cunningham, David) (Entered: 02/17/2022) |
| 02/18/2022 | | Attorney update in case as to Travis Demois Wilson. Attorney Appellate Division for USA added. (JenniferLongoria, 1) (Entered: 02/18/2022) |
| 02/18/2022 | | Attorney update in case as to Travis Demois Wilson. Attorney Appellate Division for USA added. (JenniferLongoria, 1) (Entered: 02/18/2022) |
| 02/18/2022 | 252 (p.455) | Clerks Notice of Filing of an Appeal as to Travis Demois Wilson. The following Notice of Appeal and related motions are pending in the District Court: 249 (p.454) Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): M. Malone, S. Gumm, K. Miller, ERO,filed. (Attachments: # 1 (p.23) Notice of Appeal) (JenniferLongoria, 1) (Entered: 02/18/2022) |
| 02/18/2022 | | Appeal Review Notes as to Travis Demois Wilson re: 249 (p.454) Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 7,filed.(JenniferLongoria, 1) (Entered: 02/18/2022) |
| 02/18/2022 | 253 (p.457) | AMENDED NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Travis Demois Wilson,filed.(Cunningham, David) (Entered: 02/18/2022) |
| 02/22/2022 | 254 (p.458) | Clerks Notice of Filing of an Appeal as to Travis Demois Wilson. The following Notice of Appeal and related motions are pending in the District Court: 253 (p.457) Notice of Appeal - Amended. Fee status: CJA. Reporter(s): ERO; M. Malone, S. Gumm, K. Miller,filed. (Attachments: # 1 (p.23) NOA) (EdnitaPonce, 1) (Entered: 02/22/2022) |
| 02/22/2022 | | Appeal Review Notes as to Travis Demois Wilson re: 253 (p.457) Notice of Appeal - Amended. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 7. Pending the filing of JC & SOR.,filed.(EdnitaPonce, 1) (Entered: 02/22/2022) |
| 03/04/2022 | 257 (p.460) | Notice of Non-Compliance as to Travis Demois Wilson. Appellant has failed to: Submit the DKT13 transcript order |

| | | |
|---|---|---|
| | | form. Parties notified,filed. (dnoriega, 1) (Entered: 03/04/2022) |
| 03/04/2022 | 258 (p.934) | Revised Presentence Investigation Report (Sealed) as to Travis Demois Wilson, filed. (crichard, 4) (Entered: 03/04/2022) |
| 03/04/2022 | 260 (p.462) | JUDGMENT as to Travis Demois Wilson ( Signed by Judge Keith P Ellison) Parties notified. (jguajardo, 4) (Entered: 03/07/2022) |
| 03/04/2022 | 261 (p.968) | Statement of Reasons (Sealed) as to Travis Demois Wilson. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 03/07/2022) |
| 03/07/2022 | 259 (p.461) | Notice of Non-Compliance as to Travis Demois Wilson. Appellant has failed to: Submit the DKT13 transcript order form. Parties notified, filed. (mperez, 1) (Entered: 03/07/2022) |
| 04/13/2022 | | (Court only) CJA 21 as to Travis Demois Wilson: Authorization to Pay James Willis-Willis & Associates Voucher # 0541.1362416. ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 04/13/2022) |
| 04/21/2022 | 271 (p.469) | DKT13 TRANSCRIPT ORDER REQUEST by David Cunningham as to Travis Demois Wilson. This is to order a transcript of Motion Hearing on 05/26/2020 before Judge Ellison. Court Reporter/Transcriber: Mayra Malone. This order form relates to the following: Motion Hearing,,filed.(Cunningham, David) **The Auth-24 was submitted to the court through eVoucher on 4/25/2022 (rkonieczny, 4). (Entered: 04/21/2022) |
| 04/21/2022 | 272 (p.470) | DKT13 TRANSCRIPT ORDER REQUEST by David Cunningham as to Travis Demois Wilson. This is to order a transcript of Status conference on 07/26/2019 before Judge Ellison. Court Reporter/Transcriber: Kathleen Miller. This order form relates to the following: Status Conference,,filed.(Cunningham, David) (Entered: 04/21/2022) |
| 04/21/2022 | 273 (p.471) | DKT13 TRANSCRIPT ORDER REQUEST by David Cunningham as to Travis Demois Wilson. This is to order a transcript of Jury Trial (Days 1 and 2), July 27 and 28, 2021 before Judge Ellison. Court Reporter/Transcriber: Sean Gumm. This order form relates to the following: Jury Trial, filed.(Cunningham, David) **The Auth 24 was submitted to the court through eVoucher on 4/25/2022 (rkonieczny, 4). (Entered: 04/21/2022) |
| 04/21/2022 | 274 (p.472) | |

| | | |
|---|---|---|
| | | DKT13 TRANSCRIPT ORDER REQUEST by David Cunningham as to Travis Demois Wilson. This is to order a transcript of february 16, 2022 sentencing before Judge Ellison. Court Reporter/Transcriber: Lanie Smith. This order form relates to the following: Sentencing,filed.(Cunningham, David) **The Auth-24 was submitted to the court through eVoucher on 4/25/2022 (rkonieczny, 4). (Entered: 04/21/2022) |
| 04/21/2022 | 275 (p.797) | APPEAL TRANSCRIPT as to Travis Demois Wilson re: Sentencing proceedings held on 2/16/2022 before Judge Keith P Ellison. Court Reporter/Transcriber Lanie Smith. Ordering Party Defendant This transcript relates to the following: 274 (p.472) Appeal Transcript Request, 253 (p.457) Notice of Appeal - Amended, 249 (p.454) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 7/20/2022., filed. (LanieSmith, 4) (Entered: 04/21/2022) |
| 04/25/2022 | 276 (p.473) | Notice of Filing of Official Transcript as to 275 (p.797) Transcript - Appeal,. Party notified, filed. (ShannonHolden, 4) (Entered: 04/25/2022) |
| 04/26/2022 | | (Court only) CJA 20 as to Travis Demois Wilson: Authorization to Pay Lanie Smith Voucher # 0541.137600 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 04/26/2022) |
| 04/26/2022 | | (Court only) CJA 24 as to Travis Demois Wilson: Authorization to Pay Lanie Smith Voucher # 0541.1373606 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 04/26/2022) |
| 04/27/2022 | 277 (p.495) | APPEAL TRANSCRIPT as to Travis Demois Wilson re: Motion Hearing held on May 26, 2020 before Judge Keith P Ellison. Court Reporter/Transcriber Mayra Malone. Ordering Party David Cunningham This transcript relates to the following: 271 (p.469) Appeal Transcript Request,. Release of Transcript Restriction set for 7/26/2022., filed. (Malone, Mayra) (Entered: 04/27/2022) |
| 04/28/2022 | 278 (p.474) | Notice of Filing of Official Transcript as to 277 (p.495) Transcript - Appeal,. Party notified, filed. (olindor, 4) (Entered: 04/28/2022) |
| 04/28/2022 | | (Court only) CJA 24 as to Travis Demois Wilson: Authorization to Pay Mayra Malone Voucher # 0541.1373602 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 04/28/2022) |
| 05/16/2022 | 279 (p.475) | USCA LETTER advising court reporter Kathleen K. Miller the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order as to Travis Demois Wilson (USCA No: 22-20100), filed.(mperez, 1) (Entered: 05/17/2022) |

| 05/16/2022 | 280 (p.477) | LETTER as to Travis Demois Wilson from Travis Wilson re: Copies of sentencing transcript, filed. (dhansen, 4) (Entered: 05/17/2022) |
|---|---|---|
| 05/20/2022 | 281 (p.480) | APPEAL TRANSCRIPT as to Travis Demois Wilson re: Status Conference held on July 25, 2019 before Judge Keith P Ellison. Court Reporter/Transcriber Kathleen Miller. Ordering Party David Cunningham This transcript relates to the following: 272 (p.470) Appeal Transcript Request,. Release of Transcript Restriction set for 8/18/2022., filed. (Miller, Kathleen) (Entered: 05/20/2022) |
| 05/21/2022 | 282 (p.504) | APPEAL TRANSCRIPT as to Travis Demois Wilson re: Jury Trial held on 07/27/2021, 07/28/2021 before Judge Keith P Ellison. Court Reporter/Transcriber Gumm. Ordering Party Cunningham Release of Transcript Restriction set for 8/19/2022., filed. (Attachments: # 1 (p.23) Day 2)(Gumm, Sean) (Entered: 05/21/2022) |
| 05/23/2022 | 283 (p.479) | Notice of Filing of Official Transcript as to 281 (p.480) Transcript - Appeal, 282 (p.504) Transcript - Appeal. Party notified, filed. (gclair, 4) (Entered: 05/23/2022) |
| 05/24/2022 | | (Court only) CJA 24 as to Travis Demois Wilson: Authorization to Pay Sean Gumm Voucher # 0541.1373603 ( Signed by Judge Keith P Ellison) Parties notified. (hcarr, 4) (Entered: 05/24/2022) |
| 06/06/2022 | | (Court only) ***(PRIVATE ENTRY) EROA requested by the 5th Circuit, due on 06/21/2022. [22-20100] (ABT), filed. (jtabares, 1) (Entered: 06/06/2022) |

## 2. Notice of Appeal

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**      *

**VS.**                           *      **No. 4:18cr714**

**TRAVIS DEMOIS WILSON**          *

## DEFENDANT'S NOTICE OF APPEAL

Defendant gives notice of appeal to the Fifth Circuit Court of Appeals via his

CJA counsel.   Defendant is indigent and lacks the funds for counsel or a record on

appeal.

Respectfully submitted,

*/s/David Cunningham*

_____

David Cunningham
Attorney for Defendant Wilson
2814 Hamilton Street
Houston, Texas 77004-1232
State Bar No. 05234400
Admissions No 1352
713/225-0325
713/395-1311 (fax)

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been forwarded to AUSA Celia
Moyer on the date the notice was filed with the United States District Clerk.

*/s/David Cunningham*

_____

David Cunningham

22-20100.454

# 3. Amended Notice of Appeal

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**    \*

**VS.**    \*    **No. 4:18cr714**

**TRAVIS DEMOIS WILSON**    \*

## AMENDED NOTICE OF APPEAL

The defendant Travis Demois Wilson hereby gives notice of his intent to appeal the judgment and sentence in this matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/David Cunningham*

_____

David Cunningham
2814 Hamilton Street
Houston, Texas 77004-1232
State Bar No. 05234400
Admissions No 1352
713/225-0325
713/395-1311 (fax)

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Amended Notice of Appeal has been forwarded to all counsel of record by the SDTX ECF system on this 18 February 2022.

*/s/David Cunningham*

_____

David Cunningham

# 4. Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO.** |
| | § | |
| JOSE M. VALENCIA | § | **UNDER SEAL** |
| FIDEL HERNANDEZ-CRUZ | § | |
| a.k.a. "Mambo" | § | |
| a.k.a. "Javier" | § | **18 CR 714** |
| DAVID SYLVAN SINGLETON | § | |
| a.k.a. "CT" | § | |
| TRAVIS DEMOIS WILSON | § | |
| CRYSTAL MICHELE JONES | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance

Beginning in or about February 2017 and continuing through March 5, 2018,

in the Houston Division of the Southern District of Texas,

**JOSE M. VALENCIA**
**FIDEL HERNANDEZ-CRUZ**
**a.k.a. "Mambo"**
**a.k.a. "Javier"**
**DAVID SYLVAN SINGLETON**
**a.k.a. "CT"**
**TRAVIS DEMOIS WILSON**
**and**
**CRYSTAL MICHELE JONES**

1

22-20100.23

defendants herein, did knowingly and intentionally combine, conspire and confederate with one another and others known and unknown to the grand jury to possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

**COUNT TWO**
**<u>Possession with Intent to Distribute a Schedule II Controlled Substance</u>**

On or about April 4, 2017, in the Houston Division of the Southern District of Texas,

**JOSE M. VALENCIA**
**FIDEL HERNANDEZ-CRUZ**
**a.k.a. "Mambo"**
**a.k.a. "Javier"**
**DAVID SYLVAN SINGLETON**
**a.k.a. "CT"**
**TRAVIS DEMOIS WILSON**
**and**
**CRYSTAL MICHELE JONES**

defendants herein, did knowingly and intentionally aid, abet, and assist one another and others known and unknown to possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

2

## COUNT THREE
## Possession with Intent to Distribute a Schedule II Controlled Substance

On or about May 4, 2017, in the Houston Division of the Southern District of

Texas,

**JOSE M. VALENCIA**
**and**
**FIDEL HERNANDEZ-CRUZ**
**a.k.a. "Mambo"**
**a.k.a. "Javier"**

defendant herein, did knowingly and intentionally aid, abet, and assist another and

others known and unknown, to possess with intent to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18,

United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
## (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives

notice to the defendant,

**JOSE M. VALENCIA**
**FIDEL HERNANDEZ-CRUZ**
**a.k.a. "Mambo"**
**a.k.a. "Javier"**
**DAVID SYLVAN SINGLETON**
**a.k.a. "CT"**
**TRAVIS DEMOIS WILSON,**
**and**

3

22-20100.25

## CRYSTAL MICHELE JONES

that in the event of conviction of an offense in violation of Title 21, United States

Code, Section 841, the following property, whether real or personal, is subject to

forfeiture to the United States:

1.   all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

2.   all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following

property:

1.   Approximately $14,800.00 in United States currency proceeds of the offenses alleged in Count Two and Count Three.

### Money Judgment

Defendant is notified that in the event of conviction, a money judgment may

be imposed equal to the total value of the property subject to forfeiture.

### Substitute Assets

Defendant is notified that in the event that property subject to forfeiture, as a

result of any act or omission of the defendant:

4

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p).

**A TRUE BILL**

ORIGINAL SIGNATURE ON FILE

**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**United States Attorney**

By: _Nancy G. Herrera_
**NANCY G. HERRERA**
**Assistant United States Attorney**

5

22-20100.27

# 5. Superseding Indictment

United States Courts
Southern District of Texas
FILED

*May 26, 2021*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 18-cr-714-SS** |
| | § | |
| | § | |
| **TRAVIS DEMOIS WILSON** | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance

Beginning in or about February 2017 and continuing through March 5, 2018, in the Houston Division of the Southern District of Texas,

### TRAVIS DEMOIS WILSON

defendant herein, did knowingly and intentionally combine, conspire and confederate with others known and unknown to the grand jury to possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

### COUNT TWO
### Possession with Intent to Distribute a Schedule II Controlled Substance

On or about April 4, 2017, in the Houston Division of the Southern District of Texas,

### TRAVIS DEMOIS WILSON

1

22-20100.287

defendant herein, did knowingly and intentionally aid, abet, and assist others known and unknown to possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE
### Carrying a Firearm during and in relation to a Drug Trafficking offense and Possession of a Firearm in furtherance of a Drug Trafficking offense

On or about April 4, 2017, in the Houston Division of the Southern District of Texas,

### TRAVIS DEMOIS WILSON

defendant herein, did knowingly carry a firearm, that is, Sturm, Ruger and Co., 9mm pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute a Schedule II controlled substance as alleged in Count One and possession with intent to distribute a controlled substance as alleged in Count Two, and in furtherance of the drug trafficking offenses alleged in Count One and Two did knowingly possess a firearm, that is, a Sturm, Ruger and Co., 9mm pistol, in violation of Title 18, United States Code, Section 924(c)(1)(A)(1).

## COUNT FOUR

### Felon in Possession of a Firearm

On or about April 4, 2017, in the Houston Division of the Southern District of Texas, the defendant,

22-20100.288

## TRAVIS DEMOIS WILSON

who, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely a Sturm, Ruger and Co., 9mm pistol, which had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the Sturm, Ruger and Co., 9mm pistol, with an obliterated serial number and the rounds of ammunition involved in or carried in the commission of the offenses charged in Count One and Count Two, in violation of Title 18, United States Code, Section 924(c)(1)(A), are subject to forfeiture.

ORIGINAL SIGNATURE ON FILE

**JENNIFER B. LOWERY**
**Acting United States Attorney**

By: _____

**Celia Moyer**
**Assistant United States Attorney**

3

22-20100.289

# 6. Verdict

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.: H-18-CR-714** |
| | § | |
| **v.** | § | **JUDGE KEITH P. ELLISON** |
| | § | |
| **TRAVIS DEMOIS WILSON,** | § | |
| **Defendant** | § | |

## <u>VERDICT</u>

Regarding Count ONE of the Indictment, we, the jury, find the Defendant
TRAVIS DEMOIS WILSON,

*Guilty*
"Guilty" or "Not Guilty"

Regarding Count TWO of the Indictment, we, the jury, find the Defendant
TRAVIS DEMOIS WILSON

*Guilty*
"Guilty" or "Not Guilty"

Regarding Count THREE of the Indictment, we, the jury, find the Defendant
TRAVIS DEMOIS WILSON

*Guilty*
"Guilty" or "Not Guilty"

Regarding Count Four of the Indictment, we, the jury, find the Defendant
TRAVIS DEMOIS WILSON

*Guilty*
"Guilty" or "Not Guilty"

_7/28/21_
Date

_____
Foreperson

35

# 7. Judgment

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

**ENTERED**
March 07, 2022
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

**TRAVIS DEMOIS WILSON**

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 4:18CR00714-004**

**USM NUMBER: 09153-095**

Andrew J. Williams
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s) <u>1S, 2S, 3S and 4S on July 28, 2021.</u>
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) | Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance | 03/05/2018 | 1S |
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2 | Aid and abet possession with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance | 04/04/2017 | 2S |

☒ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 16, 2022
Date of Imposition of Judgment

*[signature]*
Signature of Judge

**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

March 4, 2022
Date

22-20100.462

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 1A

Judgment — Page   2   of   7  

DEFENDANT:          **TRAVIS DEMOIS WILSON**
CASE NUMBER:        **4:18CR00714-004**

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 924(c)(1)(A)(1) | Carrying a firearm during and in relation to a drug trafficking offense and possession of a firearm in furtherance of a drug trafficking offense | 04/04/2017 | 3S |
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in possession of a firearm | 04/04/2017 | 4S |

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 2 – Imprisonment

Judgment — Page ___3___ of ___7___

DEFENDANT:        **TRAVIS DEMOIS WILSON**
CASE NUMBER:      **4:18CR00714-004**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 322 months.

This term consists of TWO HUNDRED SIXTY-TWO (262) months as to each of Counts 1S and 2S and ONE HUNDRED TWENTY (120) months as to Count 4S, to be served concurrently.  This term is to be followed by a consecutive term of 60 months as to Count 3S, for a total of THREE HUNDRED TWENTY-TWO (322) MONTHS.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends the defendant be placed in a facility in close proximity to Yazoo City, Mississippi, to serve his sentence.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ on _____

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

22-20100.464

AO 245B (Rev. 09/19)      Judgment in a Criminal Case
                         Sheet 3 – Supervised Release

| | Judgment — Page | 4 | of | 7 |

DEFENDANT:        **TRAVIS DEMOIS WILSON**
CASE NUMBER:      **4:18CR00714-004**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 5 years
This term consists of FIVE (5) YEARS to each of Counts 1S, 2S, and 3S, and THREE (3) YEARS as to Count 4S, all to be served concurrently.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒   See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

22-20100.465

AO 245B (Rev. 09/19)      Judgment in a Criminal Case
                          Sheet 3D – Supervised Release

Judgment — Page    5    of    7

DEFENDANT:          **TRAVIS DEMOIS WILSON**
CASE NUMBER:        **4:18CR00714-004**

# SPECIAL CONDITIONS OF SUPERVISION

You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able.  You may not attempt to obstruct or tamper with the testing methods.

You may not use or possess alcohol.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 5 – Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT:      **TRAVIS DEMOIS WILSON**
CASE NUMBER:    **4:18CR00714-004**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | __Assessment__ | __Restitution__ | __Fine__ | __AVAA Assessment[1]__ | __JVTA Assessment[2]__ |
|---|---|---|---|---|---|
| **TOTALS** | $400.00 | $ | $ | $ | $ |

A $100 special assessment is ordered as to each of Counts 1S, 2S, 3S and 4S for a total of $400.

☐   See Additional Terms for Criminal Monetary Penalties.

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| __Name of Payee__ | __Total Loss[3]__ | __Restitution Ordered__ | __Priority or Percentage__ |
|---|---|---|---|
| | $ | $ | |
| ☐   See Additional Restitution Payees. | | | |
| **TOTALS** | $ | $ | |

☐   Restitution amount ordered pursuant to plea agreement $_____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

     ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1]   Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3]   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:    **TRAVIS DEMOIS WILSON**
CASE NUMBER:    **4:18CR00714-004**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☐    Lump sum payment of $_____ due immediately, balance due

☐    not later than _____, or

☐    in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C    ☐    Payment in equal _____ installments of $_____ over a period of _____,
to commence _____ after the date of this judgment; or

D    ☐    Payment in equal _____ installments of $_____ over a period of _____,
to commence _____ after release from imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ after release from imprisonment.
The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

Payable to:    Clerk, U.S. District Court
Attn: Finance
P.O. Box 61010
Houston, TX 77208

Any unpaid balance is due in payments of the greater of $25 per quarter or 50% of any wages earned while
imprisoned. The defendant will receive credit for any payments made through the Bureau of Prisons' Inmate
Financial Responsibility Program. Any balance remaining after release from imprisonment shall be paid in
monthly installments of $25 to commence 30 days after release to a term of supervision.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of
Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                                    **Joint and Several**    **Corresponding Payee,**
**(including defendant number)**          **Total Amount**          **Amount**              **if appropriate**

☐    See Additional Defendants and Co-Defendants Held Joint and Several.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.

22-20100.468

# 8. Order Denying Motion to Suppress

United States District Court
Southern District of Texas
**ENTERED**
August 21, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL ACTION NO. 4:18-CR-0714-4** |
| | § | |
| **TRAVIS DEMOIS WILSON** | § | |

## MEMORANDUM & ORDER

Before the Court is the Motion to Suppress filed by Defendant Wilson. (Doc. No. 21).

### I.    BACKGROUND

This is a four-defendant criminal case for conspiracy to possess with intent to distribute methamphetamine. Defendant Wilson now moves to suppress certain evidence discovered in a car driven by Defendant Jones, in which Defendant Wilson was a passenger. Defendant Wilson faces charges of conspiracy to possess with intent to distribute a schedule II controlled substance, and possession with intent to distribute a schedule II controlled substance. (Doc. No. 1.)

The following facts are taken from the police report of Sgt. Moore and are largely uncontested by Defendant. Dash cam video corroborates many of the details.

On April 4, 2017, Sgt. Moore was on duty with his canine in a marked patrol car. (Doc. No. 66-1 at 5.) Just before 5 p.m., Sgt. Moore observed a white Dodge Challenger stopped at a red light in a lane that was marked to allow drivers to continue straight or to turn left at the light. (Doc. No. 66-1 at 5; Doc. No. 66-2.) When the light turned green, the car turned on its left turn signal and immediately turned left. (Doc. No. 66-1 at 5; Doc. No. 66-2.) When turning, the car did not follow the dashed lines indicating a single lane, instead crossing over inside the dashed lines and then back outside when completing the turn. (Doc. No. 66-1 at 5; Doc. No. 66-2.) Sgt. Moore turned on his siren to pull over the car. (Doc. No. 66-1 at 5; Doc. No. 66-2.)

22-20100.188

The car pulled into a Burger King parking lot. (Doc. No. 66-1 at 5.) Sgt. Moore noticed that the car passed some open parking spots, which he interpreted to suggest "the driver may be considering flight or a place to let a passenger flee from the vehicle." (Doc. No. 66-1 at 5.) Sgt. Moore saw the front seat passenger reach to the passenger-side floor of the car. (Doc. No. 66-1 at 5.) Eventually the car came to a stop. (Doc. No. 66-1 at 5-6.)

Sgt. Moore began to exit his vehicle. (Doc. No. 66-1 at 6.) The driver of the car began to exit the car, but was instructed to remain seated. (Doc. No. 66-1 at 6.) The driver was later identified as Defendant Jones, and the passenger as Defendant Wilson (the movant). (Doc. No. 66-1 at 6.) Sgt. Moore observed that Defendant Jones was "shaking visibly" and "appear[ed] nervous." (Doc. No. 66-1 at 6.) Sgt. Moore observed that Defendant Wilson was also "visibly shaking." (Doc. No. 66-1 at 6.)

Sgt. Moore asked Defendant Jones for her driver's license, and noticed that the car was a rental. (Doc. No. 66-1 at 6.) Sgt. Moore saw Defendant Wilson "attempting to grip a brown back pack between his legs on the passenger side floor board." (Doc. No. 66-1 at 6.) Sgt. Moore believed Defendant Wilson was trying to move the backpack with his feet while Sgt. Moore was talking to Defendants. (Doc. No. 66-1 at 6.)

Defendants' nervousness prompted Sgt. Moore to ask if there were any weapons or narcotics in the vehicle. (Doc. No. 66-1 at 6.) Both Defendants stated that there were not. (Doc. No. 66-1 at 6.) Sgt. Moore began to suspect that Defendant Wilson was considering flight, because he noticed him looking around. (Doc. No. 66-1 at 6.)

Backup arrived, and Sgt. Moore instructed Defendant Jones to come to the rear of her car. (Doc. No. 66-1 at 6.) As Sgt. Moore and the backup officer, Deputy Miranda, instructed Defendant Wilson to exit the car, Sgt. Moore saw "the grip of a pistol in plain view, partially

22-20100.189

protruding from underneath the back pack which had been between Wilson's feet on the floor board." (Doc. No. 66-1 at 6.) Defendant Wilson was placed in handcuffs. (Doc. No. 66-1 at 6.)

"Based on the deception" of Defendants, Sgt. Moore brought the narcotics canine out to do an exterior car sniff. (Doc. No. 66-1 at 6.) The canine repeatedly attempted to jump inside the car, and alerted to the backpack twice. (Doc. No. 66-1 at 6.)

The officers proceeded to search the car. (Doc. No. 66-1 at 6.) They found inside the backpack a clear container, with a substance later identified as methamphetamine. (Doc. No. 66-1 at 6.) The pistol under the backpack was a Smith & Wesson 9mm with an extended high capacity magazine. (Doc. No. 66-1 at 6.) The serial number had been partially scratched off and was impossible to read. (Doc. No. 66-1 at 6.)

The Government's response also notes that, prior to the stop, Sgt. Moore was contacted by a narcotics officer, who identified the Challenger as linked to a narcotics investigation and asked Sgt. Moore to develop independent probable cause to search the car.[1]

## II.    APPLICABLE LAW

The Fourth Amendment protects individuals against unreasonable searches and seizures. Const. amend. IV. "[T]he ultimate touchstone of the Fourth Amendment is reasonableness." *Riley v. California*, 573 U.S. 373, 381 (2014).

"A traffic stop for a suspected violation of law is a 'seizure' of the occupants of the vehicle and therefore must be conducted in accordance with the Fourth Amendment." *Heien v. North Carolina,* 574 U.S. 54, 536 (2014) (citing *Brendlin v. California*, 551 U.S. 249, 255-59 (2007)). Traffic stops need only be supported by reasonable suspicion under *Terry v. Ohio*, 392 U.S. 1 (1968). *United States v. Santiago*, 310 F.3d 336, 340 (5th Cir. 2002). "Reasonable

---

[1] Any argument that the stop was pretextual and therefore invalid is foreclosed by *Whren v. United States*, 517 U.S. 806 (1996).

22-20100.190

suspicion" requires only "a particularized and objective basis for suspecting the particular person stopped of breaking the law." *Heien*, 574 U.S. at 536 (quoting *Prado Navarette v. California*, 572 U.S. 393 (2014)). "This standard is a two-tiered reasonable suspicion inquiry: 1) whether the officer's action was justified at its inception, and 2) whether the search or seizure was reasonably related in scope to the circumstances that justified the stop in the first place." *United States v. Valadez*, 267 F.3d 395, 398 (5th Cir. 2001). "[R]easonable suspicion can rest on a mistaken understanding of the scope of a legal prohibition," as long as the mistake of law is "reasonable." *Id.*

During a traffic stop, "an officer can request a driver's license, insurance papers, . . . vehicle registration, . . . and run a computer check and issue a citation," but the ensuing detention must not "extend[] beyond the valid reason for the stop." *United States v. Santiago*, 310 F.3d 336, 341 (5th Cir. 2002). "[O]nce an officer's suspicions have been verified or dispelled, the detention must end unless there is additional articulable, reasonable suspicion." *United States v. Valadez*, 267 F.3d 395, 398 (5th Cir. 2001).

## III.    ANALYSIS

### A.  Traffic Stop Justified at Inception

As an initial matter, passengers have standing to contest the validity of a traffic stop. *Brendlin v. California*, 551 U.S. 249 (2007).

The Government alleges that Sgt. Moore initiated the traffic stop because he observed Defendant Jones violating section 545.104 of the Texas Transportation Code. Section 545.104 requires "[a]n operator intending to turn a vehicle right or left [to] signal continuously for not less than the last 100 feet of movement of the vehicle before the turn." Tex. Transp. Code § 545.104(b). "When an officer observes a traffic offense, he may arrest the violator." *State v.*

22-20100.191

*Ballman*, 157 S.W.3d 65, 70 (Tex. Ct. App. 2004).

Defendant argues (1) that it is not a violation of section 545.104(b) to turn without a signal from a designated turn lane, (2) that section 545.104(b) does not apply when the driver is stopped at an intersection before a turn, because the car is "in movement"; and (3) that section 545.104(b) conflicts with section 544.004, which requires drivers to comply with traffic lights. Defendant's third and final argument is borderline frivolous, as there is no conflict between requiring a turn signal and complying with a traffic light.

Defendant's first two arguments are also not persuasive. Texas courts have held that section 545.104(b) does not apply to merging lanes,[2] lane changes,[3] exiting freeways from exit-only lanes,[4] or following curves in the road,[5] where no "turn" is occurring. However, other cases indicate that turning, even from a designated turn lane, is subject to section 545.104(b). *See e.g.*, *Holmquist v. State*, 2015 WL 500809, at *4–6 (Tex. Ct. App. 2015) ("The plain language of section 545.104(b) requires the driver to signal for a turn; it does not include exceptions for those situations in which there is only one direction to turn."); *Diaz v. State*, 2009 WL 2195427, at *3 (Tex. Ct. App. 2009) ("Under the transportation code, Diaz's failure to signal when turning from a designated turn lane was, indeed, a traffic violation."); *Wehring v. State*, 276 S.W.3d 666, 670–71 (Tex. Ct. App. 2008) ("We cannot say that requiring the use of a turn signal while entering a turn-only lane and making the turn would lead to absurd results.").

The only cases Defendant cites for the proposition that section 545.104(b) does not apply to designated turn lanes are *State v. Dixon*, 206 S.W.3d 587 (Tex. Ct. Crim. App. 2006), and *State v. Ballman*, 157 S.W.3d 65 (Tex. Ct. App. 2004). All the cases cited in the paragraph above

---

[2] *Mahaffey v. State*, 316 S.W.3d 633, 643 (Tex. Ct. Crim. App. 2010).
[3] *United States v. Alvarado-Zarza*, 782 F.3d 246, 249-50 (5th Cir. 2015).
[4] *Trahan v. State*, 16 S.W.3d 146, 147 (Tex. Ct. App. 2000).
[5] *Mahaffey*, 316 S.W.3d at 640.

22-20100.192

finding the section applicable to turn-only lanes considered *Dixon* and found that the court's holding was limited, and did not actually decide that turns from designated turn lanes were exempted from section 545.104(b). *See e.g.*, *Holmquist*, 2015 WL 500809, at *4–6. *State v. Ballman* discussed turns from private parking lots, and section 545.104(a)—not turns from designated turn lanes, or section 545.104(b). *Ballman* is not relevant.

Further, even if Defendant were correct that turns from designated turn lanes are not covered by section 545.104(b), there is case law suggesting that the lane he turned from does not qualify as a designated turn lane, because drivers are able to either continue straight or turn left. *See Turner v. State*, 261 S.W.3d 129, 132–33 (Tex. Ct. App. 2008) ("The court found the right-hand lane in which Turner was traveling widens as it nears the intersection to permit a vehicle to either continue forward or turn right and concluded such a lane is not a 'designated turn lane.'").

The case law also rejects Defendant's argument that a vehicle stopped at a light before turning is not subject to section 545.104(b). *See e.g.*, *Wehring v. State*, 276 S.W.3d 666, 669, 671 n.2 (Tex. Ct. App. 2008) ("[Officer] observed Wehring stop at an intersection in a right-turn-only lane and make the right turn without using a traffic signal. . . . The record reflects that the arrows for the turn lane were located only fifty feet from the intersection. Presumably then, Wehring was required to indicate his intent to turn fifty feet before the arrows indicating the street lane was a turn-only lane.").

The Court finds that that the traffic stop was justified at its inception.

B. <u>Search and Seizure Reasonably Related in Scope to Circumstances Justifying Stop</u>

Passengers do not have standing to contest searches of cars they do not own, because they have no reasonable expectation of privacy in the car.[6] *Rakas v. Illinois*, 439 U.S. 128, 149

---

[6] Passengers may contest searches of their personal items, if they admit ownership. *United States*

22-20100.193

(1978); *see also United States v. Roberson*, 6 F.3d 1088 (5th Cir. 1993) ("Keeper, as a passenger, lacks standing to challenge the search of the car's contents."); *United States v. Greer*, 939 F.2d 1076, 1093 (5th Cir. 1991) ("[A] passenger without a property or possessory interest in a vehicle cannot challenge its search.").

Defendant has not asserted a possessory interest in any of the material seized from the car, and had no interest in the rental car as he was a mere passenger. Defendant thus lacks standing to contest the reasonableness of the search.

## IV. CONCLUSION

The Court **DENIES** the Motion to Suppress. (Doc. No. 21.)

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 20th day of August, 2019.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

---

*v. Iraheta*, 764 F.3d 455, 462 (5th Cir. 2014).

22-20100.194

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, an electronic copy of the foregoing record excerpts was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CMF/ECF system.

    */s/ Samuel H. Winston*
SAMUEL H. WINSTON, La Bar No. 34821